(October 23, 1979)

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW SALKO, Appellant.—On remand from the Court of Appeals, judgment, Supreme Court, New York County, rendered on April 11, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur— Murphy, P. J., Lupiano, Silverman and Lynch, JJ.